UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23182

**C.M.**, et al.,

                      *Plaintiffs*,

    v.

**Kristi Noem**, Secretary of the United States Department of Homeland Security, in her official capacity, et al.,

                    *Defendants*.

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

    Pursuant to S.D. Fla. L.R. 3.8, the undersigned counsel hereby gives notice of the following similar action to the above-captioned matter pending in the United States District Court for the Southern District of Florida.

    Currently pending before the Southern District of Florida is *Friends of the Everglades, Inc. et al. v. Noem et al.*, (1:25-cv-22896-KMW). Both the above-captioned case and *Friends of the Everglades* name, among other defendants, Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); and Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management. The above-captioned case and *Friends of the Everglades* both involve disputes related to the ICE detention facility referred to by Defendants as "Alligator Alcatraz."

Dated: July 16, 2025                                                  Respectfully Submitted,

| | |
|---|---|
| Paul R. Chavez (Fla. Bar No. 1021395)<br>Christina LaRocca (Fla. Bar No. 1025528)<br>AMERICANS FOR IMMIGRANT JUSTICE<br>2200 NW 72nd Ave<br>P.O. Box No 520037<br>Miami, FL 33152<br>786-218-3381<br>pchavez@aijustice.org<br>clarocca@aijustice.org<br><br>Amy Godshall, Fla. Bar No. 1049803<br>Daniel Tilley, Fla. Bar No. 102882<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>786-363-2714<br>agodshall@aclufl.org<br>dtilley@aclufl.org | /s/ Eunice H. Cho<br>Eunice H. Cho*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th St. N.W., 7th Floor<br>Washington, DC 20005<br>202-548-6616<br>echo@aclu.org<br><br>Corene T. Kendrick*<br>Kyle Virgien*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770<br>ckendrick@aclu.org<br>kvirgien@aclu.org<br><br>*Counsel for All Plaintiffs and the Proposed Class* |

*\* Motions to appear pro hac vice forthcoming.*