# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-23182

**C.M.**, et al.,

                *Plaintiffs*,

    v.

**Kristi Noem**, Secretary of the United States Department of Homeland Security, in her official capacity, et al.,

                *Defendants*.

## LAW FIRM PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiffs, certifies pursuant to Fed. R. Civ. P. 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Florida Keys Immigration has no parent company, and no publicly held company owns 10% or more of its stock.

2. Plaintiff Law Offices of Catherine Perez has no parent company, and no publicly held company owns 10% or more of its stock.

3. Plaintiff Sanctuary of the South has no parent company, and no publicly held company owns 10% or more of its stock.

4. Plaintiff U.S. Immigration Law Counsel has no parent company, and no publicly held company owns 10% or more of its stock.

Dated: July 17, 2025

Respectfully Submitted,

/s/ Paul R. Chavez
Paul R. Chavez (Fla. Bar No. 1021395)
Christina LaRocca (Fla. Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

/s/ Eunice H. Cho
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene Kendrick*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

*Counsel for Plaintiffs and the Proposed Class*

\* *Motions to appear pro hac vice forthcoming.*