AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kristi Noem, Secretary of the U.S. DHS

was received by me on *(date)*      07/17/2025      .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
Kristi Noem, Secretary of the U.S. Department of Homeland Security, 245 Murray Lane SW,
Washington, DC 20528. The documents were delivered on July 22, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      07/24/2025

*Jessica Carns*
*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

cv-23182-RAR - Document 18 - Entered on FLSD Docket 07/25/2025 Pa

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at
12:41 pm on July 22, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**✓ Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
July 22, 2025, 12:41 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Homeland Security

was received by me on *(date)*   07/17/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528. The documents were delivered on July 22, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/24/2025

*Jessica Carns*
*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

3182-RAB   Document 18   Entered on FLSD Docket 07/25/2025

**9589071052702604721357**

 Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 12:41 pm on July 22, 2025 in WASHINGTON, DC 20528.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**⊘ Delivered**
**Delivered, Left with Individual**

WASHINGTON, DC 20528
July 22, 2025, 12:41 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Todd Lyons, Acting Director of U.S. ICE

was received by me on *(date)*   07/17/2025   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement, 500 12th Street
SW, Washington, DC 20536. The documents were delivered on July 22, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/24/2025

*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

**Tracking Number:**
**9589071052702604721364**



⬚ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at
12:43 pm on July 22, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

⬚ USPS Tracking Plus®

☑ **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20536
July 22, 2025, 12:43 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Immigration and Customs Enforcement

was received by me on *(date)*    07/17/2025            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
U.S. Immigration and Customs Enforcement, 500 12th Street SW, Washington, DC 20536.
The documents were delivered on July 22, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    07/24/2025

_____
*Server's signature*

Jessica Carns, Paralegal
_____
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

Tracking Number:
**9589071052702604721371**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at
12:43 pm on July 22, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

 **Delivered**
**Delivered, Left with Individual**

WASHINGTON, DC 20536
July 22, 2025, 12:43 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Garrett Ripa, U.S. ICE ERO Miami Field Office Director

was received by me on *(date)*   07/17/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
Garrett Ripa, U.S. ICE ERO Miami Field Office Director, 865 SW 78th Avenue, Suite 101,
Plantation, FL 33324. The documents were delivered on July 21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/24/2025

_____
*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...                 Reset

Tracking Number:
**9589071052702604721388**



Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:16 am on July 21, 2025 in FORT LAUDERDALE, FL 33324.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✅ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
FORT LAUDERDALE, FL 33324
July 21, 2025, 11:16 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sirce E. Owen, Acting Director of EOIR

was received by me on *(date)*   07/17/2025   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
Sirce E. Owen, Acting Director of the Executive Office for Immigration Review, 5107
Leesburg Pike, Suite 1902, Falls Church, VA 22041. The documents were delivered on July
21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/24/2025

*Jessica Carns*
*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 3:02 pm on July 21, 2025 in FALLS CHURCH, VA 22041.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

FALLS CHURCH, VA 22041
July 21, 2025, 3:02 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Executive Office of Immigration Review

was received by me on *(date)*         07/17/2025          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 1902, Falls Church,
VA 22041. The documents were delivered on July 21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      07/24/2025                                          *Jessica Carns*
                                                    _____
                                                         *Server's signature*

                                                    Jessica Carns, Paralegal
                                                    _____
                                                         *Printed name and title*

                                                    American Civil Liberties Union
                                                    915 15th St. NW, 7th Floor
                                                    Washington, DC 20005
                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

📋 Copy   ⭐ Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 3:02 pm on July 21, 2025 in FALLS CHURCH, VA 22041.

_____

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
FALLS CHURCH, VA 22041
July 21, 2025, 3:02 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    the Attorney General of the United States

was received by me on *(date)*      07/17/2025      .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
the Attorney General of the United States, U.S. Department of Justice, 905 Pennsylvania
Avenue NW, Washington, DC 20530. The documents were delivered on July 23, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    07/24/2025

*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

**9589071052702604721456**

 Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:38 am on July 23, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20530
July 23, 2025, 5:38 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-23182-RAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Hayden O'Byrne, U.S. Attorney for the S.D. Fla.

was received by me on *(date)*   07/17/2025   .

❏ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

❏ I returned the summons unexecuted because _____   ; or

☑ Other *(specify):*   A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to
Hayden O'Byrne, U.S. Attorney for the Southern District of Florida, 99 N.E. 4th Street,
Miami, FL 33132. The documents were delivered on July 21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/24/2025

*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

**9589071052702604721463**

 Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 1:47 pm on July 21, 2025 in MIAMI, FL 33132.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
MIAMI, FL 33132
July 21, 2025, 1:47 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Tallahassee FL 32399

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$

Sent To   AG James Uthmeier
Street and Apt. No., or PO Box No.   PL-01 The Capitol
City, State, ZIP+4®   Tallahassee FL 32399-1050

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$

Sent To   US. AG
Street and Apt. No., or PO Box No.   905 Pennsylvania Ave NW
City, State, ZIP+4®   WPC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Miami

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$

Sent To   Hayden O'Byrne
Street and Apt. No., or PO Box No.   99 N.E. 4th St.
City, State, ZIP+4®   Miami FL 33132

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Miami

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$

Sent To   Sherea Green
Street and Apt. No., or PO Box No.   3505 NW 107 Ave
City, State, ZIP+4®   Doral FL 33178

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Tallahassee FL 32399

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$12.50

Sent To   Ronald DeSantis
Street and Apt. No., or PO Box No.   400 S. Monroe Ste 209
City, State, ZIP+4®   Tallahassee FL 32399

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Miami

Certified Mail Fee   $5.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Total Postage and Fees
$12.50

Sent To   Ceri Bonzon-Keenan
Street and Apt. No., or PO Box No.   111 NW 1st St. Suite 2810
City, State, ZIP+4®   Miami FL 33128

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   07/18/2025





## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20528

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  DHS
Street and Apt. No., or PO Box No.  245 Murray Ln SW
City, State, ZIP+4®  WDC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20536

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  Todd Lyons
Street and Apt. No., or PO Box No.  500 12th St SW
City, State, ZIP+4®  WDC 20536

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Fort Lauderdale FL 33324

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  Garrett Ripa
Street and Apt. No., or PO Box No.  865 SW 78th Ave, Ste 101
City, State, ZIP+4®  Plantation FL 33324

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Falls Church VA 22041

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  EOIR
Street and Apt. No., or PO Box No.  5107 Leesburg Pike Ste 1902
City, State, ZIP+4®  Falls Church VA 22041

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20536

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  ICE
Street and Apt. No., or PO Box No.  500 12th St SW
City, State, ZIP+4®  WDC 20536

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20528

OFFICIAL USE

Certified Mail Fee  $5.70  0907

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postage  $11.00

Postmark Here

Total Postage and Fees  $12.50
07/19/2025

Sent To  Kristi Noem
Street and Apt. No., or PO Box No.  245 Murray Ln SW
City, State, ZIP+4®  WDC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE  Tallahassee FL 32399

Certified Mail Fee   $5.70   0907

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $0.00
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery $

Postage   $11.00

Postmark Here   07/18/2025

Total Postage and Fees   $16.70

Sent To   FL DEM
Street and Apt. No., or PO Box No.   2555 Shumard Oak Blvd
City, State, ZIP+4®   Tallahassee, FL 32399

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions