AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronald DeSantis, Executive Office of the Governor of Florida was received by me on *(date)* 07/17/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: A copy of the complaint and summons was sent via process server on July 24, 2025 to Ronald DeSantis, Executive Office of the Governor of Florida, the Capitol, 400 S. Monroe Ste 209, Tallahassee, FL 32399. The documents were delivered on July 25, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/25/2025

*Jessica Carns* (signature)
Server's signature

Jessica Carns, Paralegal
Printed name and title

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:25-CV-23182

Plaintiffs: **C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; Florida Keys Immigration; Law Offices of Catherine Perez PLLC; Sanctuary of the South; U.S. Immigration Law Counsel; Victoria Slatton on behalf of N.M.B.,**

vs.

Defendant: **Kristi Noem, Secretary of the United States Department of Homeland Security, in her official capacity; et al.**

For:
EUNICE CHO, ESQ.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005

Received by NOLAN PROCESS SERVERS, LLC on the 25th day of July, 2025 at 2:23 pm to be served on **RONALD DESANTIS, IN HIS OFFICIAL CAPACITY C/O EXECUTIVE OFFICE OF THE GOVERNOR, THE CAPITOL, 400 S. MONROE STREET, STE. 209, TALLAHASSEE, FL 32399**.

I, SHANNON MARY THOMAS, being duly sworn, depose and say that on the **25th day of July, 2025** at **3:35 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITH EXHIBIT(S); DECLARATION OF AMANDA VELAZQUEZ; DECLARATION OF SAMAN MOVASSAGHI GONZALEZ; DECLARATION OF PHILIP ISSA; DECLARATION OF SANDRA CHERFRERE; DECLARATION OF TROY ELDER; [PROPOSED] TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **GEORGE DOTY** as **DEPUTY GENERAL COUNSEL**, who stated they are authorized to accept service for: **RONALD DESANTIS, IN HIS OFFICIAL CAPACITY C/O EXECUTIVE OFFICE OF THE GOVERNOR, THE CAPITOL** at the address of: **400 S. MONROE STREET, STE. 209, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: M, Race/Skin Color: WHITE, Height: 5'10', Weight: 175, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and Sworn to before me on the 25th day of July, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

**SHANNON MARY THOMAS**
Certified Process Server #285

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2025011126

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



C.M., Michael Borrego Fernandez, J.M.C., E.R., Florida Keys Immigration, Law Offices of Catherine Perez PLLC, Sanctuary of the South, U.S. Immigration Law Counsel, Victoria Slatton on behalf of N.M.B.

*Plaintiff(s)*

v.

Civil Action No. 1:25-cv-23182

Kristi Noem; DHS; Todd Lyons; ICE; Garrett Ripa; Ronald DeSantis; Sherea Green; Kevin Guthrie; FL Division of Emergency Management; Sirce Owen; EOIR

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronald DeSantis, in his official capacity
Executive Office of the Governor, the Capitol
400 S. Monroe Ste 209
Tallahassee, FLorida 32399



Date 7/25/25  Time 3:35 P
SMT #85
as a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Chavez
Americans for Immigrant Justice
6355 N.W. 36th Street, Suite 309
Miami, FL 33166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 17, 2025

Angela E. Noble
Clerk of Court

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor Ronald DeSantis

was received by me on *(date)* 7/25/25 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* David Axelman , who is
designated by law to accept service of process on behalf of *(name of organization)* Governor
Ronald DeSantis on *(date)* 7/25/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/25/25

_____
Server's signature

Abdelilah Skhir, Senior Campaign Strategist
Printed name and title

ACLU of Florida
336 East College Ave, Ste 203
Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kevin Guthrie, Executive Director of FL DEM

was received by me on *(date)*  07/17/2025  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint and summons was sent via process server on July 24, 2045 to Kevin Guthrie, Executive Director of Florida Division of Emergency Management, 2555 Shumard Oak Boulevard, Tallahassee, FL 32399. The documents were delivered on 7/25/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/25/2025

*Server's signature*: Jessica Carns

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

# VERIFIED RETURN OF SERVICE

Job # T252574

**Client Info:**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005

**Case Info:**

**PLAINTIFFS:**
C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; ET AL.
  -versus-
**DEFENDANTS:**
C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; ET AL.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Court Case # **1:25-cv-23182**

**Service Info:**

**Received by Shannon Thomas: on July, 24th 2025** at **04:39 PM**
**Service:** I Served **KEVIN GUTHRIE, IN HIS OFFICIAL CAPACITY, EXECUTIVE DIRECTOR OF FLORIDA DIVISION OF EMERGENCY MANAGEMENT**
With: **SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET; EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF KATHERINE H. BLANKENSHIP; EXHIBITS; DECLARATION OF AMANDA VELZQUEZ; DECLARATION OF SAMAN MOVASSAGHI GONZALEZ; DECLARATION OF PHILIP ISSA; DECLARATION OF SANDRA CHERFRERE; DECLARATION OF TROY ELDER; [PROPOSED] TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
by leaving with **Caleb Keller, Senior Attorney**

**At Business 2555 SHUMARD OAK BOULEVARD TALLAHASSEE, FL 32399**
On **7/25/2025** at **02:00 PM**
**Manner of Service: GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

I **Shannon Thomas** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



Shannon Thomas
Lic # **285**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T252574**



1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Florida Division of Emergency Management

was received by me on *(date)*  07/17/2025  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via process server on July 24, 2045 to the Florida Division of Emergency Management, 2555 Shumard Oak Boulevard, Tallahassee, FL 32399. The documents were delivered on 7/25/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/25/2025

*Server's signature*

Jessica Carns, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

# VERIFIED RETURN OF SERVICE

Job # T252575

**Client Info:**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005

**Case Info:**

**PLAINTIFFS:**
C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; ET AL.
  -versus-
**DEFENDANTS:**
C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; ET AL.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Court Case # **1:25-cv-23182**

**Service Info:**

**Received by Shannon Thomas: on July, 24th 2025** at **04:41 PM**
**Service:** I Served **FLORIDA DIVISION OF EMERGENCY MANAGEMENT**
With: **SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET; EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF KATHERINE H. BLANKENSHIP; EXHIBITS; DECLARATION OF AMANDA VELZQUEZ; DECLARATION OF SAMAN MOVASSAGHI GONZALEZ; DECLARATION OF PHILIP ISSA; DECLARATION OF SANDRA CHERFRERE; DECLARATION OF TROY ELDER; [PROPOSED] TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
by leaving with **Caleb Keller, Senior Attorney**

**At Business 2555 SHUMARD OAK BOULEVARD TALLAHASSEE, FL 32399**
On **7/25/2025** at **02:00 PM**
**Manner of Service: GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

I **Shannon Thomas** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Shannon Thomas**
Lic # **285**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T252575**



1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Uthmeier, Attorney General of Florida
was received by me on *(date)* 07/17/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via process server on July 24, 2045 to James Uthmeier, Office of the Attorney General of Florida, PL-01, The Capitol, Tallahassee, FL 32399-1050. The documents were delivered on 7/25/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2025

*Jessica Carns* (signature)
Server's signature

Jessica Carns, Paralegal
Printed name and title

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
Server's address

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:25-CV-23182

Plaintiffs: **C.M., Michael Borrego Fernandez, J.M.C., E.R., on behalf of themselves and all others similarly situated; Florida Keys Immigration; Law Offices of Catherine Perez PLLC; Sanctuary of the South; U.S. Immigration Law Counsel; Victoria Slatton on behalf of N.M.B.,**
vs.
Defendant: **Kristi Noem, Secretary of the United States Department of Homeland Security, in her official capacity; et al.**

For:
EUNICE CHO, ESQ.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005

Received by NOLAN PROCESS SERVERS, LLC on the 25th day of July, 2025 at 2:23 pm to be served on **JAMES UTHMEIER, ATTORNEY GENERAL C/O OFFICE OF THE ATTORNEY GENERAL OF FLORIDA, PL-01, THE CAPITOL, TALLAHASSEE, FL 32399**.

I, SHANNON MARY THOMAS, being duly sworn, depose and say that on the **25th day of July, 2025** at **3:55 pm**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT FOR DECLARATORY ANDINJUNCTIVE RELIEF; CIVIL COVER SHEET; PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDERAND PRELIMINARY INJUNCTION WITH EXHIBIT(S); DECLARATION OF AMANDA VELAZQUEZ; DECLARATION OF SAMAN MOVASSAGHI GONZALEZ; DECLARATION OF PHILIP ISSA; DECLARATION OF SANDRA CHERFRERE; DECLARATION OF TROY ELDER; [PROPOSED] TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **CHRYSTAL HARWOOD** as **AGENCY CLERK** for the Registered Agent of JAMES UTHMEIER, ATTORNEY GENERAL C/O OFFICE OF THE ATTORNEY GENERAL OF FLORIDA at the address of: **107 WEST GAINES STREET, TALLAHASSEE, FL 32303**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45+, Sex: F, Race/Skin Color: WHITE, Height: 5'6', Weight: 125, Hair: BROWN GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and Sworn to before me on the 25th day of July, 2025 by the affiant who is personally known to me.

DEBORAH BROWN
NOTARY PUBLIC

**SHANNON MARY THOMAS**
Certified Process Server #285

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2025011125

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



C.M., Michael orrego Fernande , .M.C., E.R.,
Florida eys Immigration, aw Offices of
Catherine Pere P C, Sanctuary of the South,
U.S. Immigration aw Counsel, ictoria Slatton
on behalf of N.M. .

*Plaintiff(s)*

v.

Kristi Noem; DHS; Todd Lyons; ICE; Garrett Ripa;
Ronald DeSantis; Sherea Green; Kevin Guthrie; FL
Division of Emergency Management; Sirce Owen;
EOIR

*Defendant(s)*

Civil Action No. 1:25-cv-23182

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General James Uthmeier
Office of the Attorney General of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

Date 7/25/25 Time 3:55pm
SMT #285
as a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Chavez
Americans for Immigrant Justice
6355 N.W. 36th Street, Suite 309
Miami, FL 33166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 17, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General James Uthmeier
was received by me on *(date)* 7/25/25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chrystal Harwood , who is
designated by law to accept service of process on behalf of *(name of organization)* Attorney
General James Uthmeier on *(date)* 7/25/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/25/25

_____
Server's signature

Abdelilah Skhir, Senior Campaign Strategist
Printed name and title

ACLU of Florida
336 East College Ave, Ste 203 Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sherea Green, Director of Miami-Dade Corrections
was received by me on *(date)* 07/17/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to Sherea Green, Director, Miami-Dade Corrections & Rehabilitation Department Headquarters, 3505 NW 107 Ave., Doral, FL 33178. The documents were delivered on July 21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2025

*Jessica Carns* (signature)
Server's signature

Jessica Carns, Paralegal
Printed name and title

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset

Tracking Number:
9589071052702604721401

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 1:37 pm on July 21, 2025 in MIAMI, FL 33178.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

✓ **Delivered**
Delivered, Left with Individual
MIAMI, FL 33178
July 21, 2025, 1:37 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-23182-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Geri Bonzon-Keenan, Miami-Dade County Attorney's Office
was received by me on *(date)* 07/17/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on July 19, 2025 to Geri Bonzon-Keenan, Miami-Dade County Attorney's Office, 111 NW 1st Street, Suite 2810, Miami, FL 33128. The documents were delivered on July 21, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2025

*Jessica Carns* (signature)
Server's signature

Jessica Carns, Paralegal
Printed name and title

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**Tracking Number:**
9589071052702604721487

Copy    Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 7:48 pm on July 21, 2025 in MIAMI, FL 33101.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### ✓ Delivered
**Delivered, PO Box**
MIAMI, FL 33101
July 21, 2025, 7:48 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**