UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23182-RAR

**C.M., MICHAEL BORREGO FERNANDEZ,
J.M.C., E.R.**, *on behalf of themselves and
all others similarly situated, et al.*,

      Plaintiffs,

v.

**KRISTI NOEM**, *Secretary of the
United States Department of
Homeland Security*, *et al.*,

      Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** comes before the Court on Plaintiffs' Class Action Complaint for Declaratory and Injunctive Relief ("Complaint"), [ECF No. 1]; Plaintiff's Expedited Motion for Temporary Restraining Order and Preliminary Injunction ("Expedited Motion"), [ECF No. 5]; Plaintiff's Motion to Certify Class and Memorandum of Law in Support ("Motion to Certify Class"), [ECF No. 6]; Plaintiffs' Status Report, [ECF No. 20]; and Plaintiffs' Supplement to Expedited Motion ("Supplement"), [ECF No. 21]. The Court having carefully reviewed all of the aforementioned filings and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Court will hold a Status Conference for all parties on **July 28, 2025**, at **11:00 A.M.** The Zoom Hearing can be accessed at:

www.zoomgov.com/j/1604308760?pwd=1LP3aF5KLYXCKI0WE0oSg7E4t9pGkn.1

**The Meeting ID is 160 430 8760 and the Passcode is 238587**.

2. At the Status Conference, the Court will address all case management concerns, including, but not limited to, whether the scope of the requested relief in Plaintiff's Expedited Motion and Supplement aligns with the existing pleadings and allegations.

3. Plaintiffs shall be prepared to address the scope of their claims as specified in the Complaint, and as applied in their Expedited Motion, Motion to Certify Class, and Supplement.

4. Defendants have been served but have not appeared. *See* [ECF Nos. 18–19]. Plaintiffs provided courtesy emails for each Defendant in their Status Report, and the Court will provide copies of this Order to those courtesy emails. If no Defendants appear, the Court will proceed with the Status Conference on an *ex parte* basis.

**DONE AND ORDERED** in Miami, Florida, this 25th day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:  Matthew Feeley
matthew.feeley@usdoj.gov

Alicia Welch
alicia.welch@usdoj.gov

Stephanie Fidler
stephanie.fidler@usdoj.gov

Jeffrey DeSousa
jeffrey.desousa@myfloridalegal.com

Nathan Forrester
nathan.forrester@myfloridalegal.com

Robert Schenck
robert.schenck@myfloridalegal.com

Jenna Hodges
jenna.hodges@myfloridalegal.com

Christine Lamia
christine.lamia@myfloridalegal.com

Complex Litigation Unit, E-Service
complex_litigation_eservice@myfloridalegal.com

Christine Pratt
christine.pratt@myfloridalegal.com

David Costello
david.costello@myfloridalegal.com

Geri Bonzon-Keenan
gbk@miamidade.gov

Gerald K. Sanchez
gks@miamidade.gov

Jess M. McCarty
jmm2@miamidade.gov