UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23182-RAR

**C.M., MICHAEL BORREGO FERNANDEZ,
J.M.C., E.R.**, *on behalf of themselves and
all others similarly situated*, *et al.*,

      Plaintiffs,

v.

**KRISTI NOEM**, *Secretary of the
United States Department of
Homeland Security*, *et al.*,

      Defendants.
_____/

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON FORTHCOMING RENEWED MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** came before the Court for a Status Conference on July 28, 2025, [ECF No. 26]. As discussed at the Status Conference, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs are directed to file a Supplemental Complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, a Renewed Motion for Preliminary Injunction, and a Renewed Motion for Class Certification **by July 29, 2025**.

2. As discussed at the Status Conference, Plaintiffs may file a Motion for Limited Expedited Discovery ("Discovery Motion") that pertains to any intergovernmental agreements regarding Defendants' legal authority to detain the Detained Plaintiffs. Within **three (3) days** of filing the Discovery Motion, Defendants shall file a **combined response** to the Discovery Motion. Any such response shall specify any protective measures that Defendants believe are necessary to facilitate the production of said documents and/or agreements. No reply will be permitted.

3. Once Plaintiffs file their Supplemental Complaint, Renewed Motion for Preliminary Injunction, and Renewed Motion for Class Certification, the Renewed Motion for Preliminary Injunction shall be briefed as follows:

   a. Defendants' Responses in Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction shall be filed **by August 7, 2025, at 12:00 P.M.** Each Defendant shall respond separately to Plaintiffs' Renewed Motion.

   b. Plaintiffs shall file a Consolidated Reply in Support of their Renewed Motion **by August 13, 2025, at 12:00 P.M.**

   c. To the extent any party requires an extension of page limitations under the Local Rules of the Southern District of Florida, they shall file the appropriate motion requesting such relief.

4. The Court will hold an in-person Hearing on Plaintiffs' Renewed Motion for Preliminary Injunction **on August 18, 2025, at 10:00 A.M.** All parties shall report to Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**