UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23182

**C.M.**, et al.,

*Plaintiffs*, on behalf of themselves and all others similarly situated,

v.

**Kristi Noem**, Secretary of the United States Department of Homeland Security, in her official capacity, et al.,

*Defendants*.

### [PROPOSED RENEWED] CLASS CERTIFICATION ORDER

Upon consideration of Plaintiffs' Motion for Class Certification, and any opposition, reply, and further pleadings and argument thereto;

It appearing to the Court that all the requirements of Fed. R. Civ. P. 23 have been satisfied, it is, therefore,

ORDERED that Plaintiffs' Motion for Class Certification is hereby GRANTED.

ORDERED that this case is certified as a class action on behalf of the following class: all persons who are currently, or in the future, held at the Alligator Alcatraz detention facility.

ORDERED that this case is certified as a class action on behalf of the following subclass: all persons who are currently, or in the future, held at the Alligator Alcatraz detention facility and seek release on bond.

ORDERED that Plaintiffs C.M., Borrego, J.M.C., E.R., Almanza Valdes, Hernandez, G.T.C., F.B., R.P., A.S., G.M.S.G., and N.M.B. are appointed as representatives of the class.

ORDERED that Plaintiffs Almanza Valdes, Hernandez, G.T.C., F.B., R.P., A.S., G.M.S.G., and N.M.B. are appointed as representatives of the subclass.

ORDERED that Plaintiffs' Counsel, from the American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Florida, and Americans for Immigrant Justice are appointed as counsel for the class and subclass.

Entered on _____, 2025.

_____
Hon. Rodolfo A. Ruiz II
United States District Court Judge