# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23182

**C.M.**, *et al.*,

*Plaintiffs*, on behalf of themselves and all others similarly situated,

v.

**Kristi Noem**, in her official capacity, *et al.*,

*Defendants*.

## [PROPOSED] ORDER

Having considered Plaintiffs' Second Motion for Leave to Proceed Under Pseudonyms and to File Names Under Seal & Memorandum in Support Thereof, the motion is GRANTED. It is FURTHER ORDERED that Plaintiffs G.T.C., F.B., R.P., A.S., and G.M.S.G. may file their unredacted declarations under seal, and they shall remain sealed throughout the pendency of this action.

SO ORDERED.

Date:_____                    _____
                                                                           Hon. Rodolfo A. Ruiz II
                                                                           United States District Judge