# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| C.M., *et al.*, <br><br> *Plaintiffs*, on behalf of themselves and all others similarly situated, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-23182-RAR |

## [PROPOSED ORDER] GRANTING PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY

Upon consideration of Plaintiffs' Motion for Limited Expedited Discovery: Having found good cause, it is therefore **ORDERED** that Plaintiffs' Motion for Limited Expedited Discovery is hereby **GRANTED**; and it is **ORDERED** that Defendants must answer Plaintiffs' discovery requests by noon on August 7, 2025.

Entered on _____, 2025.

_____
Hon. Rodolfo A. Ruiz II
United States District Judge