### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-23182-RAR

**C.M.**, *et al.*,

*Plaintiffs*, on behalf of themselves and all others similarly situated,

v.

**Kristi Noem**, in her official capacity, *et al.,*

*Defendants*.

### NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

As permitted under Fed. R. Civ. P. 15(d), Plaintiffs give notice of the entry of additional plaintiffs in the above-captioned matter. The additional plaintiffs are listed below.

- Plaintiff Gonzalo Almanza Valdes

- Plaintiff Gustavo Adolfo Lopez Hernandez

- Plaintiff G.T.C.

- Plaintiff F.B.

- Plaintiff R.P.

- Plaintiff A.S.

- Plaintiff G.M.S.G.

- Plaintiff N.M.B.

Plaintiffs also give notice that Victoria Slatton, originally appearing as next friend of N.M.B., is no longer party to the suit, as N.M.B. is now appearing on his own accord.

Dated: July 30, 2025

Respectfully Submitted,

Paul R. Chavez (Fla. Bar No. 1021395)
Christina LaRocca (Fla. Bar No. 1025528)
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org
Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

*Counsel for All Plaintiffs and the Proposed
Class*

* *Admitted pro hac vice.*