**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

C.M., Michael Borrego Fernandez, J.M.C.,
E.R., *on behalf of themselves and all others
similarly situated, et al.*,

   Plaintiffs*,*

*v.*                                           Case No 1:25-cv-23182-RAR

KRISTI NOEM, *Secretary of the United
States Department of Homeland Security, et
al.*,

   Defendants.

## THE STATE DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN MOTION TO TRANSFER VENUE AND RESPONSE IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), file this unopposed motion to exceed the page limits in S.D. Fla. Local Rule 7.1(c)(2). The State Defendants need additional space in their motion to transfer venue and response to Plaintiffs' renewed motion for preliminary injunction to fully address the venue issue, preliminary injunction factors, and the class certification issue. The State Defendants request an extension from 20 to 30 pages. Plaintiffs' counsel does not object to the extension.

WHEREFORE, the State Defendants request that the Court enter an order granting leave to exceed the page limits under Local Rule 7.1(c)(2) by 10 pages, for a total of 30 pages.

1

Dated: August 6, 2025                             Respectfully submitted,

/s/*Nicholas J.P. Meros*
NICHOLAS J.P. MEROS (FBN 120270)
TARA K. PRICE (FBN 98073)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for the State Defendants*

### RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the State Defendants conferred with counsel for the Plaintiffs by e-mail on August 5, 2025, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the requested extension.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on August 6, 2025.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*