**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No 1:25-cv-23182-RAR**

C.M., Michael Borrego Fernandez, J.M.C., E.R., *on behalf of themselves and all others similarly situated, et al.*,

Plaintiffs,

*v.*

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

Defendants.

**ORDER**

**THIS CAUSE** came before the Court on the State Defendant's Unopposed Motion to Exceed Page Limits. The Court has reviewed the motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's Unopposed Motion to Exceed Page Limits is **GRANTED**.

2. The page limit for the State Defendants' response to Plaintiffs' Renewed Motion for Preliminary Injunction (ECF 29) is extended to 30 pages.

**DONE AND ORDERED** in Miami, Florida, this 6th day of August, 2025.

**RODOLFO A. RUIZ, II**
**UNITED STATES DISTRICT JUDGE**