


# STATE OF FLORIDA
# DIVISION OF EMERGENCY MANAGEMENT

**Ron DeSantis**, *Governor*        **Kevin Guthrie,** *Executive Director*

**VIA ELECTRONIC MAIL**

The Honorable Daniella Levine Cava
Mayor, Miami-Dade County
Stephen P. Clark Center
111 NW 1st Street
Miami, FL 33128

The Honorable Rick LoCastro
Chair, Collier County Board of County Commissioners
3299 Tamiami Trail E, Suite 303
Naples, FL 34112

**Re: Letter of Intent to Purchase the Dade-Collier Training and Transition Airport (TNT)**

Dear Mayor Levine Cava and Commissioner LoCastro,

On behalf of the State of Florida and the Florida Division of Emergency Management (the "Division"), this letter serves as a formal Letter of Intent ("LOI") to purchase of the Dade-Collier Training and Transition Airport ("TNT"), located at 54575 Tamiami Trail E, Ochopee, Florida 34141 (the "Property").

The Division has identified the airport as a critical asset for ongoing and future emergency response, aviation logistics, and staging operations. Given the strategic location and infrastructure of the TNT facility, the State intends to secure long-term ownership to support statewide emergency operations.

**Proposed Terms**

While this LOI is non-binding and subject to negotiation and formal agreement, the State anticipates the following general terms:

- **Purchaser**: State of Florida, by and through the Florida Division of Emergency Management
- **Sellers**: Miami-Dade County and Collier County (joint owners)
- **Property**: Entirety of the Dade-Collier Training and Transition Airport and associated land, facilities, and rights-of-way
- **Purchase Price**: The State is prepared to offer Twenty Million Dollars ($20,000,000), subject to a final appraisal, mutually agreed the mutual agreement of the parties.
- **Due Diligence Period**: To be defined in the final purchase agreement
- **Closing**: Subject to approval by all governing authorities and in accordance with applicable state and local laws, except those waived or suspended pursuant to the state of emergency.

**DIVISION HEADQUARTERS**
2555 Shumard Oak Boulevard
Tallahassee, FL 32399-2100

Telephone: 850-815-4000
www.FloridaDisaster.org

**STATE LOGISTICS RESPONSE CENTER**
2702 Directors Row
Orlando, FL 32809-5631

This letter reflects the State's intent to move forward in good faith with the acquisition of the Property by emergency procurement authorized by Executive Order 23-03, as extended by Executive Order 25-103, and Agency Emergency Order 2023-001. The Division intends to work collaboratively with both Miami-Dade and Collier Counties to complete the transaction in an expedient manner to meet the needs of this emergency.

We appreciate your continued cooperation and request that your respective teams coordinate with the Division's General Counsel and Deputy State Coordinating Officers to begin discussions on the terms and procedures necessary to complete this purchase.

Sincerely,

**Kevin Guthrie**
**Executive Director**
Florida Division of Emergency Management
Kevin.Guthrie@em.myflorida.com
(850) 294-8250