# STATE OF FLORIDA
## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 25-153
(Emergency Management – Extension of Executive Order 23-03 – Illegal Immigration)

**WHEREAS,** on January 6, 2023, I issued Executive Order 23-03, declaring a state of emergency in Florida due to the mass migration of illegal aliens to Florida; and

**WHEREAS,** Executive Order 23-03, as subsequently extended by Executive Order 25-120, expires on August 1, 2025, unless extended; and

**WHEREAS,** an extension of Executive Order 23-03 is necessary because a large number of illegal aliens who entered the United States due to the Biden Administration's failure to enforce federal immigration law remains within the State of Florida and there are ongoing efforts to deport them; and

**WHEREAS,** this ongoing crisis continues to strain local resources and requires the continued coordination, direction, and resources of the State of Florida.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, by virtue of the authority vested in me by Article IV, Section 1(a) of the Florida Constitution and by the Florida Emergency Management Act, as amended, and all other applicable laws, promulgate the following Executive Order, to take immediate effect:

Section 1. The state of emergency and all provisions of Executive Order 23-03 are renewed for sixty (60) days following the date of this Executive Order.

Section 2. Except as amended herein, Executive Order 23-03 is ratified and reaffirmed.

1

Section 3. This Executive Order is effective immediately.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 31st day of July, 2025.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE

FILED
2025 JUL 31 AM 10: 29
DEPARTMENT OF STATE
TALLAHASSEE, FL