## ADDENDUM TO MODIFY MEMORANDUM OF AGREEMENT

U.S. Immigration and Customs Enforcement (ICE) and the Miami-Dade County, FL hereinafter the law enforcement agency (LEA), hereby agree to modify the 287(g) Warrant Service Officer Memorandum of Agreement that was effective on the date of execution by which ICE delegates nominated, trained, certified, and authorized LEA personnel to perform certain immigration enforcement functions, as follows:

The following language shall be changed:

-Under Section H Liability and Responsibility:
- LEA personnel who wish to submit a request for representation shall notify the ICE Office of the Principal Legal Advisor (OPLA) in writing at OPLA-DCLD-TortClaims@ice.dhs.gov.

-Under Section I Civil Rights Standards:
- Participating LEA personnel are bound by all Federal civil rights laws, regulations, and guidance relating to non-discrimination, including the U.S. Department of Justice "Guidance for Federal Law Enforcement Agencies Regarding the Use of Race, Ethnicity, Gender, National Origin, Religion, Sexual Orientation, or Gender Identity," dated December 2014,

The following language shall be added:
-Under APPENDIX A STANDARD OPERATING PROCEDURES (SOP)/Authorized Functions:
- The power and authority to detain and transport, 8 U.S.C. § 1357(g)(1) and 8 C.F.R. § 287.5(c)(6), arrested aliens subject to removal to ICE-approved detention facilities;

-Only upon a request of an ICE Officer authorizing such action may participating LEA personnel transport the alien(s) to an ICE-approved facility or ICE office for immigration purposes, and only participating LEA personnel whose ICE Form 70-006 authorizes such action and who are authorized by their LEA to conduct transport operations, may conduct such action.

All other provisions of the MOA remain in full force and effect as set forth therein.

By signing this addendum, each party represents it is fully authorized to enter into this addendum, accepts the terms, responsibilities, obligations, and limitations of this addendum, and agrees to be bound thereto to the fullest extent allowed by law. This addendum is effective upon signature by both parties.

**For the LEA:**

Date: June 18, 2025

Signature: _(signed)_

Name: Sherea Green

Title: County Mayor

Agency: Miami-Dade County, FL

**For ICE:**

Date: 06/25/2025

Signature: _(signed)_

Name: Madison Sheahan

Title: Deputy Director

Agency: Department of Homeland Security

U.S. Immigration and Customs Enforcement