UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23182-RAR

**C.M., MICHAEL BORREGO FERNANDEZ, J.M.C., E.R.**, *on behalf of themselves and all others similarly situated*, *et al.*,

    Plaintiffs,

v.

**KRISTI NOEM,** *Secretary of the United States Department of Homeland Security*, *et al.*,

    Defendants.

_____/

**DEFENDANT SHEREA GREEN'S ANSWERS
TO PLAINTIFFS' INTERROGATORIES**

In accordance with the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Limited Expedited Discovery [ECF No. 41], as well as the Court's August 5, 2025 Order [ECF No. 44] directing that responses be filed on the public docket, Defendant Sherea Green, named in her official capacity as the Director of the Miami-Dade Corrections and Rehabilitation Department, responds to Plaintiffs' Interrogatory Requests 1 and 2 as follows:

1. Identify all federal, state, and/or local government agencies that have legal custody over people detained at Alligator Alcatraz.

**Response**: Miami-Dade County does not have knowledge or information regarding which agencies have legal custody over people detained at Alligator Alcatraz.

2. Identify all federal, state, and/or local government agencies and contractors that are responsible for carrying out detention operations at Alligator Alcatraz.

**Response**: Miami-Dade County does not have knowledge or information regarding which government agencies and contractors are responsible for carrying out detention operations at Alligator Alcatraz.

Dated: August 7, 2025

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 NW 1st Street, Suite 2810
Miami, FL 33128

By: *s/ Anita Viciana*
Anita Viciana
Assistant County Attorney
Florida Bar No. 115838
Phone: (305) 375-5151
Fax: (305) 375-5611
e-mail: anita@miamidade.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via CM/ECF.

*s/ Anita Viciana*
Assistant County Attorney