**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

C.M., Michael Borrego Fernandez, J.M.C., E.R., *on behalf of themselves and all others similarly situated, et al.*,

    Plaintiffs*,*

*v.*                                              Case No 1:25-cv-23182-RAR

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

## THE STATE DEFENDANTS' MOTION TO SEAL

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), pursuant to Local Rule 5.4(b) and this Court's order (ECF 33), move this Court to seal an exhibit to the State Defendants' response to Plaintiffs' Renewed Motion for Preliminary Injunction (ECF 49-1).

The State Defendants' inadvertently filed Exhibit 1, the Declaration of Mark Saunders, without redacting information pursuant to this Court's order (ECF 33) granting Plaintiffs' Second Motion for Leave to Proceed Under Pseudonyms and File Names Under Seal (ECF 31). The State Defendants are correcting the error and any other missed redactions and, with the Court's permission, will refile the redacted exhibit (49-1).

**WHEREFORE**, the State Defendants request that the Court seal document ECF 49-1 and permit the State Defendants to re-file a redacted version of the exhibit.

Dated: August 8, 2025                    Respectfully submitted,

/s/ *Nicholas J.P. Meros*
NICHOLAS J.P. MEROS (FBN 120270)
TARA K. PRICE (FBN 98073)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for the State Defendants*

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the State Defendants conferred with counsel for the Plaintiffs by e-mail on August 8, 2025, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the relief sought.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on August 8, 2025.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*