IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| C.M., *et al.*,<br><br>*Plaintiffs*, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>Kristi Noem, in her official capacity, *et al.,*<br><br>*Defendants*. | Case No. 1:25-cv-23182 |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS
AGAINST SHEREA GREEN**

All parties to this action hereby stipulate to the dismissal of all of Plaintiffs' claims against Defendant Sherea Green without prejudice, with Defendant Sherea Green to bear her own fees and costs. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii). This dismissal does not affect Plaintiffs' claims against Defendants Kristi Noem, U.S. Department of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Garrett Ripa, Sirce Owen, and Executive Office for Immigration Review. (collectively "Federal Defendants"); or Ronald DeSantis, Kevin Guthrie, and Florida Division of Emergency Management (collectively "Florida Defendants").

Dated: August 12, 2025

Paul R. Chavez (Fla. Bar No. 1021395)
Christina LaRocca (Fla. Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave
P.O. Box No 520037
Miami, FL 33152
786-218-3381

Respectfully Submitted,
*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

pchavez@aijustice.org
clarocca@aijustice.org
 Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

Corene T. Kendrick*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*

Dated: August 12, 2025                      Respectfully Submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 NW 1st Street, Suite 2810
Miami, FL 33128
By: *Anita viciana*
Anita Viciana
Assistant County Attorney
Florida Bar No. 115838
Phone: (305) 375-5151
Fax: (305) 375-5611
e-mail: anita@miamidade.gov

*Counsel for Sherea Green*

Dated: August 12, 2025                      Respectfully Submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*/s/ Marlene Rodriguez*
Marlene Rodriguez (FBN 120057)
Assistant U.S. Attorney
marlene.rodriguez@usdoj.gov
99 N.E. 4th Street, 3rd Floor Miami, Florida
33132 (305) 961-9206

*Counsel for Federal Defendants*

Dated: August 12, 2025									Respectfully Submitted,
													/s/ Nicholas J.P. Meros
													NICHOLAS J.P. MEROS (FBN 120270)
													TARA K. PRICE (FBN 98073)
													KASSANDRA S. REARDON (FBN 1033220)
													SHUTTS & BOWEN LLP
													215 South Monroe Street, Suite 804
													Tallahassee, Florida 32301
													(850) 241-1717
													NMeros@shutts.com
													TPrice@shutts.com
													KReardon@shutts.com

													*Counsel for the State Defendants*