UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23182-RAR

**C.M., MICHAEL BORREGO FERNANDEZ, J.M.C., E.R.**, *on behalf of themselves and all others similarly situated, et al.*,

    Plaintiffs,

v.

**KRISTI NOEM,** *Secretary of the United States Department of Homeland Security*, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT SHEREA GREEN

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Voluntary Dismissal of Claims Against Defendant Sherea Green ("Stipulation"), [ECF No. 65]. The Court, having reviewed the Stipulation, the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Defendant Sherea Green is hereby **DISMISSED** *without prejudice*, with Defendant Sherea Green to bear her own fees and costs.[1]

**DONE AND ORDERED** in Miami, Florida, this 12th day of August, 2025.

                                        **RODOLFO A. RUIZ II**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] This dismissal does not affect Plaintiffs' claims against Defendants Kristi Noem, U.S. Department of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Garrett Ripa, Sirce Owen, and Executive Office for Immigration Review ("Federal Defendants"); or Ronald DeSantis, Kevin Guthrie, and Florida Division of Emergency Management ("State Defendants").