**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-23182**

C.M., *et al.*,

Plaintiffs, on behalf of themselves and all others similarly situated,

v.

Kristi Noem, in her official capacity, *et al.,*

Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marisol J. Dominguez-Ruiz of the American Civil Liberties Union Foundation, 425 California Street, Suite 700, San Francisco, CA 94104, 202-393-4930, for purposes of appearance as co-counsel on behalf of all Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marisol J. Dominguez-Ruiz to receive electronic filings in this case, and in support thereof states as follows:

1. Marisol J. Dominguez-Ruiz is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and the United States District Courts for the Northern and Central Districts of California.

2. Movant, Paul Chavez, Esquire, of Americans for Immigrant Justice, 6355 N.W. 36th Street, Suite 309, Miami, FL 33166, (305) 573-1106, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Marisol J. Dominguez-Ruiz has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Marisol J. Dominguez-Ruiz, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marisol J. Dominguez-Ruiz at email address: mdominguez-ruiz@aclu.org.

WHEREFORE, Paul Chavez, moves this Court to enter an Order for Marisol J. Dominguez-Ruiz to appear before this Court on behalf of all Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marisol J. Dominguez-Ruiz.

Date: Aug. 12, 2025 Respectfully submitted,

/s/ Paul Chavez

Paul Chavez
Fla. Bar No. 1021395
pchavez@aijustice.org
Americans for Immigrant Justice
6355 N.W. 36th Street, Suite 309
Miami, FL 33166
(305) 573-1106

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: Case No. 1:25-cv-23182**

C.M., *et al.*,

Plaintiffs, on behalf of themselves and all others similarly situated,

v.

Kristi Noem, in her official capacity, *et al.,*

Defendants.

**CERTIFICATION OF MARISOL J. DOMINGUEZ-RUIZ**

Marisol J. Dominguez-Ruiz, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California and the United States District Courts for the Northern and Central Districts of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Marisol J. Dominguez-Ruiz

Marisol J. Dominguez-Ruiz
CA Bar No. 345416
Mdominguez-ruiz@aclu.org
American Civil Liberties
Union Foundation
425 California Street, Suite 700
San Francisco, CA 94104

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: Case No. 1:25-cv-23182**

C.M., *et al.*,

Plaintiffs, on behalf of themselves and all others similarly situated,

v.

Kristi Noem, in her official capacity, *et al.,*

Defendants.

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Marisol J. Dominguez-Ruiz, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Marisol J. Dominguez-Ruiz, may appear and participate in this action on behalf of all Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Marisol J. Dominguez-Ruiz at mdominguez-ruiz@aclu.org.

DONE AND ORDERED in Chambers at ______________________________, Florida, this day of ______________________________.

______________________________
United States District Judge

Copies furnished to: All Counsel of Record