UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-23182

**C.M.**, et al.,

*Plaintiffs*,

v.

**Kristi Noem**, Secretary of the United States Department of Homeland Security, in her official capacity, et al.,

*Defendants*.

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this Notice of Errata regarding the Status Report filed on August 8, 2025, ECF No. 58.

Plaintiffs inadvertently provided incorrect dates for the transfer of two Plaintiffs, Mr. Gustavo Adolfo Lopez Hernandez, and E.R., from Alligator Alcatraz to another facility. The correct dates are listed below:

**Gustavo Adolfo Lopez Hernandez.** The Status Report states that Defendants transferred Mr. Lopez Hernandez from Alligator Alcatraz on or about August 5, 2025. Status Report at 4, ECF No. 58. The correct date of his transfer was on or about August 2, 2025.

**E.R.** The Status Report states that Defendants transferred E.R. from Alligator Alcatraz on or about July 22, 2025. Status Report at 3, ECF No. 58. The correct date of his transfer was on or about July 19, 2025.

Dated: August 13, 2025

Paul R. Chavez (Fla. Bar No. 1021395)
Christina LaRocca (Fla. Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

Respectfully Submitted,

/s/ Eunice H. Cho
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
415-343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice*
*\*\*Application for admission pro hac vice pending*