UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23182-RAR

C.M., MICHAEL BORREGO FERNANDEZ,
J.M.C., E.R., *on behalf of themselves and all others similarly situated*, *et al.*,

*Plaintiffs,*

*v.*

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, *et al.*,

*Defendants*.
_______________________________________/

**ORDER**

This matter is before the Court upon Federal Defendant's Agreed Motion for Leave to File Notice of Material Development in Case, filed on August 15, 2025. After reviewing the motion and pertinent portions of the record, it is hereby:

**ORDERED** that the motion is **GRANTED**. The federal defendants may file the proposed notice in the public docket of this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of August 2025.

_________________________________
**RODOLFO A. RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record